IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17-CR-150 |
| vs. | |
| EDWIN LOPEZ, | ORDER |
| Defendant. | |

This matter is before the Court on the plaintiff's motion to dismiss (filing 45). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment without prejudice.

IT IS ORDERED:

1. The plaintiff's Motion for Dismissal (filing 45) is granted.

2. The indictment is dismissed without prejudice.

Dated this 26th day of March, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge